## ANNA BROWN *vs.* CHARLES KENDALL.

An action on the Rev. Sts. *c.* 104, commenced by one who has only a life estate in the land sought to be recovered, is abated by his death.

ACTION on the Rev. Sts. *c.* 104, to recover land in which the plaintiff had an estate for life only. After verdict for the defendant in the court of common pleas, and pending exceptions taken by the plaintiff, she died, and her administrator was summoned in at the suggestion of the defendant, and undertook the prosecution of the suit.

*L. H. Gamwell*, for the plaintiff.

*J. D. Colt*, for the defendant.

METCALF, J. The original complainant had only a life estate in the land of which she sought possession by this process. Upon her death, neither her heirs nor her administrator had any interest in the land or the possession of it. Of course, the process abated by her death, and did not survive to her administrator. See *Ferrin* v. *Kenney*, 10 Met. 294. The case is to be dismissed from the docket, without costs to either party.